

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2018

No. 04-17-00198-CR

The **STATE** of Texas,
Appellant

v.

Primo **TARIN**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 500563
Honorable John Longoria, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the trial court's Order Suppressing Blood Evidence is AFFIRMED.

It is so **ORDERED** on August 15, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2018.

_____
Keith E. Hottle, Clerk of Court